**Heuer, Tina**

**From:** Jeremy A. Gogel <jeremy@gogellawfirm.com>
**Sent:** Thursday, October 29, 2026 1:31 PM
**To:** Rahoy, John
**Subject:** Kristin Ventimiglia

**CAUTION:** External Sender

Records and bills below along with a summary of injuries and treatment. Cofman and Townsley's demand was for the "policy limits". Total medical was over $67,000. As of September, she was scheduled for an RFA. It doesn't sound like Sedgwick was too concerned about the liability. She did slip and fall on a cart wipe - which Target provides to its customers - and which we would argue it should know could - like here - end up on the floor and become a slip hazard. Given the injuries, ongoing treatment, and the bills, any demand would be well into the six-figures. If you think it wouldn't be a total waste of time, I can get you a number, otherwise we might need to work this thing up.

Medical Records and Bills.pdf

Jeremy

Jeremy A. Gogel
Attorney | The Gogel Law Firm
745 Old Ballas Road
Saint Louis | Missouri | 63141-7013
Phone: 314-370-8173 | Fax: 314-399-8277
https://gogellawfirm.com
E-mail: jeremy@gogellawfirm.com

All Missouri lawyers must notify all recipients of e-mail that e-mail communication is not a secure method of communication. If you want future communications to be sent in a different fashion, please let me know. The information contained in this e-mail is privileged and confidential information. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please contact me and destroy all copies of this communication.

Exhibit A